**B9A (Official Form 9A)** (Chapter 7 Individual or Joint Debtor No Asset Case) (12/07)            Case Number **10–32742–GMB**

# UNITED STATES BANKRUPTCY COURT
DISTRICT of District of New Jersey

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A Chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 7/26/10.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights.
All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below.
NOTE:  The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations.

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Craig S. Puchalsky
608 8th Avenue
Galloway, NJ 08205

| Social Security/Taxpayer ID/Employer ID/Other Nos.: | United States Bankruptcy Judge: |
|---|---|
| xxx–xx–6104 (Craig S. Puchalsky) | Honorable Gloria M. Burns |

| Attorney for Debtor(s) (name and address): | Trustee: |
|---|---|
| Leonard R. Wizmur<br>Wizmur & Finberg, LLP<br>525 Route 73 South, Suite 200<br>Marlton, NJ 08053<br>Telephone number:  (856) 988–9055 | Thomas J Subranni<br>Subranni, Ostrove & Zauber<br>1624 Pacific Avenue<br>Atlantic City, NJ 08401<br>Telephone number:  (609) 347–7000<br>The United States Trustee, Region 3 appoints the above–named individual as interim trustee as of the date of the filing of the bankruptcy petition. |

### Meeting of Creditors:

Date:  **August 26, 2010**            Time:  **02:00 PM**
Location:  **1423 Tilton Road, Suite 5, Northfield, NJ 08225**

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Complaint Objecting to Discharge of the Debtor *or* to Determine Dischargeability of Certain Debts:**
**10/25/10**

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Creditor with a Foreign Address:

A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>401 Market Street<br>Camden, NJ 08102<br>Telephone number:  856–757–5485 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>James J. Waldron |
|---|---|
| Business Hours:<br>8:30 AM – 4:00 p.m., Monday – Friday (except holidays) | Date:  7/27/10 |

**EXPLANATIONS** B9A (Official Form 9A) (12/07)

| | |
|---|---|
| Proof of Identification and Social Security Number | Important notice to individual debtors: Effective March 1, 2002, all individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. |
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. **Writing a letter to the court or the judge is not a substitute for the filing of an adversary complaint.** |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

–– Refer to Other Side for Important Deadlines and Notices ––

Underlinable Notices.  Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.

Case information – telephone access.  Case summary information can be obtained from any touch tone telephone by calling the automated Voice Case Information System (VCIS) at the toll free number: 1–877–239–2547. This service is free of charge and is available 24 hours a day.

Case information – electronic access.  Case summary and docket information can be obtained from the Public Access to Court Electronic Records (Pacer) System. To register or for more information, please call the Pacer Billing Center at 1–800–676–6856 or visit the Pacer Web Site: http://pacer.psc.uscourts.gov.

Internet access.  Additional information may be available at the Court's Web Site: http://www.njb.uscourts.gov.

# CERTIFICATE OF NOTICE

```
District/off: 0312-1           User: jlieze              Page 1 of 1                   Date Rcvd: Jul 27, 2010
Case: 10-32742                 Form ID: b9a              Total Noticed: 28

The following entities were noticed by first class mail on Jul 29, 2010.
 db          +Craig S. Puchalsky,    608 8th Avenue,    Galloway, NJ 08205-4028
 aty         +Leonard R. Wizmur,    Wizmur & Finberg, LLP,    525 Route 73 South, Suite 200,
               Marlton, NJ 08053-9644
 tr          +Thomas J Subranni,    Subranni, Ostrove & Zauber,    1624 Pacific Avenue,
               Atlantic City, NJ 08401-6958
 smg          U.S. Attorney,   970 Broad St.,    Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
 smg         +United States Trustee,    Office of the United States Trustee,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
511023504    +Allied Collection Service,    4230 LBJ Freeway,    Suite 407,    Dallas, TX 75244-5882
511023506    +Atlantic County Child Support,    P.O. Box 5129,    Atlantic City, NJ 08404-5129
511023508     Capital One Bank,    PO Box 32081,   Salt Lake City, UT 84130-0281
511023512    +Dawn G. Puchalsky,    6 Lake Drive,   Linwood, NJ 08221-1303
511023513    +Eric S. Kershenblatt, P.C.,    48 South New York Road,    Suite B-5,   Absecon, NJ 08205-9676
511023514    +Galloway Township Tax Collector,    300 East Jimmie Leeds Road,    Galloway, NJ 08205-4109
511023515     IRS-Insolvency Central,    PO Box 21126,   Philadelphia, PA 19114-0326
511023516     Macy's/DSNB,   9111 Duke Blvd.,    Mason, OH 45040-8999
511023517    +Pioneer Credit Recovery, Inc.,    PO Box 1018,    Moorestown, NJ 08057-0018
511023518    +Prudential Fox & Roach Realtors,    1001 Tilton Road,    Northfield, NJ 08225-1261
511023519    +ReMax Realtors,    703 White Horse Pike,    Absecon, NJ 08201-1415
511023520     Richard A. Russell, Esq.,    PO Box 30,    1117 Atlantic Avenue,    Ocean City, NJ 08226-0030
511023523   ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
               TRENTON NJ 08646-0245
              (address filed with court: State of New Jersey,    Division of Taxation,    PO Box 245,
               Trenton, NJ 08695)
511023521    +Saccomanno Valuation Group LLC,    1317 Route 73,    Suite 201,    Mount Laurel, NJ 08054-2202
511023522    +South Jersey Gas,   1 South Jersey Plaza,    Folsom, NJ 08037-9100
511023525     Woods at Blue Heron Pines,    1000 Bally Bunion Drive,    Egg Harbor Township, NJ 08218
511023526     Zucker Goldberg & Ackerman,    200 Sheffield Street, Ste. 301,    PO Box 1024,
               Mountainside, NJ 07092-0024
The following entities were noticed by electronic transmission on Jul 27, 2010.
511023505     E-mail/Text: bankruptcy@pepcoholdings.com                            Atlantic City Electric,
               PO Box 4875,   Trenton, NJ 08650
511023507     EDI: BANKAMER.COM Jul 27 2010 17:28:00      Bank of America,   PO Box 15026,
               Wilmington, DE 19850-5026
511023509    +EDI: CHASE.COM Jul 27 2010 17:38:00      Chase Bank USA,   800 Brooksedge Blvd.,
               Westerville, OH 43081-2822
511023510     EDI: CHASE.COM Jul 27 2010 17:38:00      Chase Manhattan Mortgage,   PO Box 36520,
               Louisville, KY 40233-6520
511023511    +EDI: RCSFNBMARIN.COM Jul 27 2010 17:28:00      Credit One Bank,   PO Box 98873,
               Las Vegas, NV 89193-8873
511023524    +EDI: WFFC.COM Jul 27 2010 17:38:00      Wells Fargo Home Mortgage,    PO Box 10335,
               Des Moines, IA 50306-0335
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 29, 2010**                         **Signature:** _Joseph Speetjens_