**STERNS & WEINROTH**
A Professional Corporation
50 West State Street
Suite 1400
P. O. Box 1298
Trenton, New Jersey 08607-1298
(609) 392-2100
Attorneys for Dawn Gross

| | |
|---|---|
| **PUCHALSY, CRAIG S.** : <br> : <br> : <br> Debtor. : <br> ; <br> : | Case No.: 10-32742 <br><br> Judge: Honorable Gloria M. Burns <br><br> Chapter 7 |

### ENTRY OF APPEARANCE, REQUEST FOR NOTICE
### AND REQUEST TO BE ADDED TO MAILING MATRIX

TO:    Clerk, United States Bankruptcy Court
       for the District of New Jersey
       401 Market Street
       Camden, NJ  08101

Kindly enter the appearance of Andrea Dobin Esquire, of Sterns & Weinroth, P.C., as counsel to Dawn Gross in the above-referenced bankruptcy case.

**PLEASE TAKE NOTICE** that the undersigned attorney of Sterns & Weinroth, P.C., requests that he be added to the official mailing matrix in this proceeding and that copies of all pleadings and other papers, however designated, filed in this proceeding and all notices given or required to be given in this proceeding, be given to and served upon the undersigned at the following address:

> Andrea Dobin, Esq.
> Sterns & Weinroth, P.C.
> 50 West State Street, Suite 1400
> P.O. Box 1298
> Trenton, New Jersey  08607-1298
> 609.989.5053 – phone
> 609.392.7956 – fax
> adobin@sternslaw.com

{00330765;v1}

**PLEASE TAKE FURTHER NOTICE** that pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, the foregoing request includes, without limitation, all orders and notices, applications, motions, petitions, pleadings, requests, complaints, demands, replies and answers whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, telecopier, or otherwise.

**FURTHER**, if any limited service lists are used in these proceedings, the undersigned requests inclusion thereon.

    /s/ Andrea Dobin
Andrea Dobin, Esq.
Sterns & Weinroth, P.C.
50 West State Street, Suite 1400
P.O. Box 1298
Trenton, New Jersey 08607-1298
(609) 392-2100

Dated: 08/19/2010