LEONARD R. WIZMUR, ESQ.
WIZMUR & FINBERG, LLP
Evesham Commons, Suite 200
525 Route 73 South
Marlton, NJ 08053
(856)988-9055
Attorneys for Debtor

UNITED STATE BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | : |
| | : Chapter 7 |
| Craig S. Puchalsky, | : |
| | : Case No. 10-32742 |
| Debtor. | : |

### DEBTOR(S) AMENDMENT OF SCHEDULE A

The debtor(s) in the above-captioned case hereby amend(s) Schedule A by substituting the attached Amended Schedule(s) for those originally filed, pursuant to Fed. R. Bankr. Proc. 1009.

### SEE ATTACHED SCHEDULE

### Debtor(s) Verification

The undersigned Debtor(s) under penalty of perjury, declare that they have read the attached Amendments and that they are true and correct to the best of their knowledge, information, or belief.

Dated: 8/24/10

/s/ Craig S. Puchalsky
CRAIG S. PUCHALSKY, DEBTOR

In re   Craig S. Puchalsky                                                    Case No.   10-32742
                                       Debtor

## SCHEDULE A - REAL PROPERTY - AMENDED

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| 6 Lake Drive, Linwood, NJ<br>In Debtor's Name Only. | Fee Simple | - | 565,000.00 | 1,538,406.00 |
| 48 S. New York Road, Suite C1, Galloway, NJ<br>Jointly Owned with Spouse.<br>Debtor has 1/2 interest | Fee Simple | J | 200,000.00 | 220,645.00 |

|  |  |  |
|---|---|---|
| Sub-Total > | 765,000.00 | (Total of this page) |
| Total > | 765,000.00 |  |

__0__   continuation sheets attached to the Schedule of Real Property                       (Report also on Summary of Schedules)