LEONARD R. WIZMUR, ESQUIRE
WIZMUR & FINBERG, LLP
Evesham Commons, Suite 200
525 Route 73 South
Marlton, New Jersey 08053
(856) 988-9055
Attorney for Debtor(s)

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RE:   CRAIG PUCHALSKY,<br><br>          DEBTOR. | :CHAPTER 7<br>:<br>:CASE NUMBER: 10-32742/GMB<br>:<br>:NOTICE OF CROSS MOTION FOR<br>:ORDER PROVIDING FOR<br>:ABANDONMENT OF TRUSTEE'S<br>:INTEREST IN REAL PROPERTY<br>:WITHOUT FURTHER NOTICE TO<br>:UNSECURED CREDITORS<br>:<br>:HEARING DATE: 10/18/2010 |

TO:   Clerk
      U.S. Bankruptcy Court
      400 Cooper Street
      Camden, New Jersey 08101

      Thomas Subranni, Chapter 7 Trustee
      1624 Pacific Avenue
      PO Box 1913
      Atlantic City, New Jersey 08401

      U.S. Trustee's Office
      One Newark Center, Suite 2100
      Newark, New Jersey 07102

      Please See Attached Service List


    **PLEASE TAKE NOTICE** that on October 18, 2010 at 10:00 a.m., o0r as soon thereafter

as counsel may be heard, the undersigned Attorney for the Debtor shall move before the

Honorable Gloria M. Burns, United States Bankruptcy Judge, United States Bankruptcy Court, 1 John F. Gerry Plaza, 4th & Cooper, 4th Floor, Camden, New Jersey for an Order Providing for the Abandonment of Trustee's Interest in 6 Lake Drive, Linwood, New Jersey without Further Notice to Unsecured Creditors.

The movant shall rely on the annexed Certification in support of the requested Order.

Oral argument of the Motion is hereby waived unless an Answer is timely filed by the responsive party at least seven (7) days prior to the return date hereof.

As the within Motion requests to reinstate the debtors case and the facts and/or law relied upon do not present complicated or unique questions, it is hereby submitted that no brief is necessary.

                                        **WIZMUR & FINBERG, LLP**
                                        **Attorneys for Debtor**

DATED:    September 30, 2010    */s/ Leonard R. Wizmur*
                                        **LEONARD R. WIZMUR, Esq.**

Allied Collection Service
4230 LBJ Freeway
Suite 407
Dallas, TX 75244

Andrea Dobin, Esq
Stern & Weinroth, PC
PO Box 1298
Trenton, NJ 08607-1298

Atlantic City Electric
PO Box 4875
Trenton, NJ 08650

Atlantic County Child Support
P.O. Box 5129
Atlantic City, NJ 08401

Assistant Attorney General
Dept. of Justice. Tax Division
Civil Trial Section, Eastern Region
PO Box 227
Ben Franklin Station
Washington, DE 20044

Bank of America
PO Box 15026
Wilmington, DE 19850-5026

Capital One Bank
PO Box 32081
Salt Lake City, UT 84130-0281

Chase Bank USA
800 Brooksedge Blvd.
Westerville, OH 43081

Chase Manhattan Mortgage
PO Box 36520
Louisville, KY 40233-6520

Credit One Bank
PO Box 98873
Las Vegas, NV 89191

Dawn G. Puchalsky
6 Lake Drive
Linwood, NJ 08221

Eric S. Kershenblatt, P.C.
48 South New York Road
Suite B-5
Absecon, NJ 08205

Galloway Township Tax Collector
300 East Jimmie Leeds Road
Galloway, NJ 08205

IRS-Insolvency Central
PO Box 21126
Philadelphia, PA 19114-0326

Macy's/DSNB
9111 Duke Blvd.
Mason, OH 45040-8999

Pioneer Credit Recovery, Inc.
PO Box 1018
Moorestown, NJ 08057

ReMax Realtors
703 White Horse Pike
Absecon, NJ 08201

Richard A. Russell, Esq.
PO Box 30
1117 Atlantic Avenue
Ocean City, NJ 08226-0030

Saccomanno Valuation Group LLC
1317 Route 73
Suite 201
Mount Laurel, NJ 08054

South Jersey Gas
1 South Jersey Plaza
Folsom, NJ 08037

State of New Jersey
Division of Taxation
PO Box 245

Trenton, NJ 08695

Wells Fargo Home Mortgage
PO Box 10335
Des Moines, IA 50306

Woods at Blue Heron Pines
1000 Bally Bunion Drive
Egg Harbor Township, NJ 08218

Zucker Goldberg & Ackerman
Joel Ackerman, Esquire
200 Sheffield Street, Ste. 301
PO Box 1024
Mountainside, NJ 07092-0024