Order Filed on 10/20/2010
by Clerk U.S. Bankruptcy
Court District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
SUBRANNI OSTROVE & ZAUBER
1624 Pacific Avenue, PO Box 1913
Atlantic City, NJ  08404
(609) 347-7000; FAX (609) 345-4545
Attorneys for Trustee
By: SCOTT M. ZAUBER, ESQ.  SZ6086

In Re:

Craig S. Puchalsky

DEBTOR

Case No.: 10-32742

Judge: Gloria M. Burns

Chapter: 7

| Recommended Local Form: | ✗ Followed | ☐ Modified |
|---|---|---|

### ORDER AUTHORIZING
### RETENTION OF **REALTOR**

The relief set forth on the following pages, numbered two (2) through (2) is hereby **ORDERED**.

**DATED: 10/20/2010**

Honorable Gloria M Burns
United States Bankruptcy Court Judge

In re:      _Craig S. Puchalsky_____
Case No.:   _10-32742-GMB_____
Applicant:  _Thomas J. Subranni_____

    ✗ Trustee:    ✗ Chap. 7     ◦ Chap. 11     ◦ Chap. 13.

    ◦ Debtor:     ◦ Chap. 11    ◦ Chap. 13

    ◦ Official Committee of _____

Professional: Cathy Laltrello of Re/Max Atlantic Real Estate

    ◦ Attorney for:

        ◦ Trustee   ◦ Debtor-in-Possession

        Official Committee of _____

    Accountant for:

        Trustee   Debtor-in-Possession

        Official Committee of _____

    ✗ Other Professional:

        ✗ Realtor   Appraiser   Special Counsel   Auctioneer

        Other (specify): _____

    Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1. The applicant, Thomas J. Subranni, is authorized to retain the professional, Cathy Laltrello of Re/Max Atlantic Real Estate to act as Realtor for Trustee.

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3. The effective date of the retention is the date the application was filed with the Court.

*Approved by Judge Gloria M. Burns October 20, 2010*