UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

SUBRANNI ZAUBER LLC
1624 Pacific Avenue, P.O. Box 1913
Atlantic City, NJ 08404
(609) 347-7000; FAX (609) 345-4545
Attorneys for Trustee
By: SCOTT M. ZAUBER, ESQ.  SZ6086

| In Re: | Case No.: | __10-32742__ |
|---|---|---|
| CRAIG S. PUCHALSKY | Judge: | __Gloria M. Burns__ |
| DEBTOR | Chapter: | __7__ |

| Recommended Local Form: | ✘ Followed    Modified |
|---|---|

## APPLICATION FOR RETENTION OF PROFESSIONAL

1. The applicant, __Thomas J. Subranni, Esq.__, is the

    ✘ Trustee:        ✘ Chap. 7        Chap. 11        Chap. 13.

    Debtor:           Chap. 11        Chap. 13

    Official Committee of _____

2. The applicant seeks to retain the following professional: <u>Wagner Sharer Murtaugh and Petree</u> as

    Attorney for:   Trustee         Debtor-in-Possession

                    Official Committee of _____

✗ Accountant for:   ✗ Trustee         Debtor-in-possession

Official Committee of _____

Other Professional:

Realtor     Appraiser    Special Counsel

Auctioneer   Other (specify):_____

3. The employment of the professional is necessary because:
It is in the interest of the Debtor Estate that a qualified accountant be appointed to render necessary services for the proper administration of this estate.

4. The professional has been selected because: They are duly licensed as a certified public accounting firm. Said firm has the skills and personnel needed to perform the services required for proper administration of this Estate.

5. The professional services to be rendered are as follows: Investigation of financial affairs of the Debtor and related parties, preparation of all necessary State and Federal tax and information returns and performance of other customary services for the proper administration of this case.

6. The proposed arrangement for compensation is as follows: Compensation based upon normal and usual hourly billing rates, subject to annual adjustment:

Partner:                $275.00 - $300.00

Managers:               $210.00 - $235.00

Senior Accountants:     $140.00 - $175.00

Junior Accountants:     $65.00 - $135.00

7. To the best of the applicant's knowledge, the professional's connection with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

✗ None

Describe connection:

_____

_____

_____

8. To the best of the applicant's knowledge, the professional (check all that apply):

✗ does not hold an adverse interest to the estate.

✗ does not represent an adverse interest to the estate.

✗ is a disinterested person under 11 U.S.C. § 101(14).

✗ does not represent or hold any interest adverse to the debtor or the estate with respect to the matter for which he/she will be retained under 11 U.S.C. § 327(e).

Other; explain:

_____

_____

_____

9. If the professional is an auctioneer, appraiser or realtor, the location and description of the property is as follows:

_____

_____

_____

Wherefore, the applicant respectfully requests authorization to employ the professional to render services in accordance with this application, with compensation to be paid as an administrative expense in such amounts as the Court may hereafter determine and allow.

Date:  January 4, 2011                         /s/ Thomas J. Subranni_____
                                                              Signature of Applicant


                                                              /s/ Scott M. Zauber_____
                                                              Signature of Preparer

05/13/05;jml