UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

SUBRANNI ZAUBER LLC
1624 Pacific Avenue, P.O. Box 1913
Atlantic City, NJ 08404
(609) 347-7000; FAX (609) 345-4545
Attorneys for Trustee
By: SCOTT M. ZAUBER, ESQ.  SZ6086

Order Filed on 1/12/2011 by Clerk U.S. Bankruptcy Court District of New Jersey

| | |
|---|---|
| In Re: | Case No.:  ___10-32742___ |
| CRAIG S. PUCHALSKY | Judge:  ___Gloria M. Burns___ |
| DEBTOR | Chapter:  ___7___ |

Recommended Local Form:    ☒ Followed    ☐ Modified

## ORDER AUTHORIZING
## RETENTION OF ACCOUNTANT FOR TRUSTEE

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: 1/12/2011**

Honorable Gloria M Burns
United States Bankruptcy Court Judge

In re:     Craig S. Puchalsky
Case No.:  10-32742 (GMB)

Applicant: Thomas J. Subranni

    ☒ Trustee:     ☒ Chap. 7     ☐ Chap. 11     ☐ Chap. 13.

    ☐ Debtor:     ☐ Chap. 11     ☐ Chap. 13

    ☐ Official Committee of _____

Professional: Wagner Sharer Murtaugh and Petree

    ☐ Attorney for:
        ☐ Trustee     ☐ Debtor-in-Possession
        ☐ Official Committee of _____

    ☒ Accountant for:
        ☒ Trustee     ☐ Debtor-in-Possession
        ☐ Official Committee of _____

    ☐ Other Professional:
        ☐ Realtor     ☐ Appraiser     ☐ Special Counsel     ☐ Auctioneer
        ☐ Other (specify): _____

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1. The applicant, Thomas J. Subranni, is authorized to retain the professional, Wagner Sharer Murtaugh and Petree to act as Accountant for Trustee.

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3. The effective date of the retention is the date the application was filed with the Court.

*Rev. 7/1/04; jml*

*Approved by Judge Gloria M. Burns January 12, 2011*